UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DANA LEIGH BARTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-619-JED-TLW |
| | ) | |
| **FRANK J. TOMECEK, JR., M.D., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court has for its consideration the Plaintiff's unopposed "Application to File an Amended Complaint Without Objection" (Doc. 113), attached to which is the proposed Amended Complaint, and the Defendants' "Motion for Extension of Time to File Pretrial Order and Dr. Tomecek's Reply to Plaintiff's Response to Dr. Tomecek's Motion for Summary Judgment" (Doc. 114).

There being no objection, and for good cause shown, the Plaintiff's Application to File an Amended Complaint is hereby **granted**. Likewise, the Defendants' request for additional time to file the Pretrial Order and to reply in support of Dr. Tomecek's Motion for Summary Judgment is **granted**. Specifically, the Defendants are afforded a two (2) week extension of time within which to file their summary judgment reply and the Pretrial Order. That time shall begin to run upon Defendants' filing of their Answer to the Amended Complaint. Further, with regard to the Defendants' summary judgment reply briefing, the Defendants should specifically identify the matters which the parties deem to now be "moot issues" (Doc. 114, ¶ 7) in light of the recent dismissal of Tulsa Spine & Specialty Hospital (Doc. 107).

By virtue of these rulings, Doc. 108, Plaintiff's initial application to file an amended

complaint is hereby rendered **moot**.

**ORDERED** this 5th day of July, 2013.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE