# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANA LEIGH BARTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK J. TOMECEK, JR., M.D., | ) |
| FRANK J. TOMECEK, M.D., P.L.C., | ) |
| An Oklahoma Limited Liability | ) |
| Company Professional, OKLAHOMA | ) Case No. 11 CV-619 JED TLW |
| SPINE & BRAIN INSTITUTE, L.L.P., | ) |
| An Oklahoma Limited Liability | ) |
| Partnership, and TULSA SPINE & | ) |
| SPECIALTY HOSPITAL, L.L.C., an | ) |
| Oklahoma Limited Liability Company, | ) |
| BIOMET, INC. an Indiana | ) |
| Corporation, BIOMET SPINE, L.L.C., | ) |
| an Indiana Limited Liability Company, | ) |
| BIOMET TRAUMA, L.L.C., an | ) |
| Oklahoma Foreign Limited Liability | ) |
| Company, and EBI, L.L.C a New Jersey | ) |
| limited liability corporation, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S FINAL WITNESS & EXHIBIT LIST

COMES NOW the Plaintiff, Dana Leigh Barton, by and through her attorneys of record, Fred E. Stoops, Sr., Joel E. LaCourse, and Karman J. Stoops of the law firm of Stoops & LaCourse, PLLC, and hereby submits the following Final Witness & Exhibit List according to the Court's Scheduling Order:

**WITNESSES**

| No. | Name & Address |
|---|---|
| 1. | Dana Leigh Barton<br>c/o Stoops & LaCourse<br>8801 S. Yale, Suite 420<br>Tulsa, OK  74137 |

| | |
|---|---|
| 2. | Frank J. Tomecek, MD<br>c/o Richards & Connor<br>525 S. Main St., 12th Floor<br>Tulsa, OK  74103 |
| 3. | Alan Moskowitz, M.D.<br>Kansas Joint & Spine<br>10100 Shannon Woods St.<br>Wichita, KS  67226 |
| 4. | Gary Hsu, M.D.<br>Coffeyville Regional Medical Center<br>1400 W. 4th St.<br>Coffeyville, KS  67337<br>620-252-1190 |
| 5. | Jimmye Barton<br>S Street<br>Caney, KS 67333<br>620-879-2779 |
| 6. | Kendall Barton<br>PO Box 127<br>Caney, KS<br>620-879-2779 |
| 7. | Jacklyn Jones, ARNP<br>218 W. 4th Ave.<br>Caney, KS 67333<br>620-879-2182 |
| 8. | Eric Sherburn, M.D.<br>Oklahoma Spine & Brain Institute<br>6802 S. Olympia Ave., Suite 300<br>Tulsa, OK  74132<br>918-749-0762 |
| 9. | Michael Murphy, M.D.<br>139 Linden Avenue<br>Branford, CT 06405<br>203-453-2780 |
| 10. | Gregory Goldstein, MD/METIS MD<br>415 N. LaSalle St., Suite 502<br>Chicago, IL 60654<br>800-695-8191<br>312-890-3999 |
| 11. | Lon D. Huff, MS, CRC, CDMS<br>3233 E. Memorial Rd., Suite 107A<br>Edmond, OK 73013<br>405-848-9306 |
| 12. | Ralph D. Scott, Jr., Ph.D./Economic & Financial Consulting Group, Inc.<br>6 Richland Hills Cove |

|     |     |
| --- | --- |
|     | Conway, AR 72034<br>501-450-1306 |
| 13. | Robert M. Osborne, DO<br>400 N 14th St<br>Independence, KS 67301<br>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 |
| 14. | Daniel Morris, D.O.<br>Pain Management of Tulsa<br>6802 S. Olympia Ave., #100<br>Tulsa, OK  74132<br>918-447-9300 |
| 15. | Debra Wagner<br>Caney Drug<br>208 W. 4th St.<br>Caney, KS 67333<br>620-879-5822 |
| 16. | All witnesses endorsed by Defendants and not objected to by Plaintiff. |

**EXHIBITS**

| No. | Description |
| --- | --- |
| 1 | Records of Oklahoma Spine & Brain Institute |
| 2 | Records of TSSH |
| 3 | Records of Jane Phillips Medical Center |
| 4 | Records of Mercy Medical Center |
| 5 | Records of Pain Management of Tulsa |
| 6 | Records of Kansas Surgery and Recovery Center |
| 7 | Records of Bartlesville Physical Rehabilitation |
| 8 | Records of Kansas Joint & Spine Institute |
| 9 | Records of Gary Hsu, M.D. |
| 10 | Records of Robert Osborn, M.D. |
| 11 | Records of Kansas Pain Specialists |
| 12 | Records of Wesley Medical Center |

| 13 | Records of Coffeyville Regional Medical Center |
|----|---|
| 14 | Records of Dr. Roger Burch |
| 15 | Records of Hanger Prosthetics |
| 16 | Records of Jane Phillips Medical Center – Caney Clinic |
| 17 | Records of Jane Phillips Medical Center – Specialty Physicians |
| 18 | Records of Dr. Jeffrey Hogge |
| 19 | Records of Coffeyville Family Practice |
| 20 | Records of Olympia Anesthesia |
| 21 | Records of Dr. Stanley Mintz |
| 22 | Records of Tallgrass Rural Health Clinic |
| 23 | Records of Bush Chiropractic |
| 24 | Records of Dr. David King |
| 25 | Records of Caney Drug |
| 26 | Records of The Prescription Shop |
| 27 | Records of Sedan Pharmacy |
| 28 | Records of Tulsa Pain Consultants |
| 29 | Records of H&G Home Medical Pharmacy |
| 30 | Records of Walgreens Pharmacy |
| 31 | Records of Wal-Mart Pharmacy |
| 32 | Records of Olympia Pharmacy |
| 33 | Medical bills |
| 34 | Summary of medical bills |
| 35 | Photographs, Photographs of Plaintiff |

| 36 | Videos, Videos of Plaintiff |
|---|---|
| 37 | Radiographs of Plaintiff, including but not limited to x-rays, MRI's, CT scans, Doppler studies, etc. |
| 37 | Social Security application and records of Plaintiff |
| 39 | Report of Ralph Scott |
| 40 | Report of Michael Murphy, M.D. |
| 41 | Summary of Lost Wages |
| 42 | Plaintiff's Income Tax Returns – 2008, 2009 |
| 43 | All exhibits endorsed by Defendants and not objected to by Plaintiff |
| 44 | Medical Illustrations – Annie Gough 1-27 |
| 45 | Plaintiff's Milwaukee brace |
| 46 | Prescription Drug Summary |
| 47 | All Exhibits to Depositions |
| 48 | Dermatome maps, Dermatome maps and text from Youman's *Neurological Surgery* © 1990 multi-volume set referred to in Tomecek's deposition |
| 49 | PowerPoint used by Dr. Alan Moskowitz |
| 50 | Discovery Responses |

Respectfully submitted,

*/s/ Joel A. LaCourse*
Fred E. Stoops, Sr., OBA 8666
Joel A. LaCourse, OBA 17082
Karman J. Stoops, OBA 30743
**STOOPS & LACOURSE, PLLC**
8801 S. Yale, Suite 420
Tulsa, OK 74137
918-744-7100
918-477-2299 facsimile
fstoops@stoopslacourse.com
joel@stoopslacourse.com
kstoops@stoopslacourse.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of July, 2013, a true and correct copy of the foregoing document was served upon the following individual(s) *via* one or more of the following methods: first-class mail with sufficient postage duly prepaid, facsimile, electronic transmission, or hand delivery.

James W. Connor, Jr., OBA 12248
Linsey E. Williams, OBA 22102
**RICHARDS & CONNOR**
525 S. Main Street, 12th Floor
Tulsa, OK 74103
918-585-2394
918-585-1449 facsimile
JConnor@richardsconnor.com
LWilliams@richardsconnor.com
*Attorneys for Oklahoma Spine & Brain Institute,*
*LLP, Frank J. Tomecek, Jr., MD, and*
*Frank J. Tomecek, MD, PLC*

              */s/ Joel A. LaCourse*
              On behalf of Stoops & LaCourse, PLLC