# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DANA LEIGH BARTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>(1) FRANK J. TOMECEK, JR., M.D.<br>(2) FRANK J. TOMECEK, M.D., P.L.C.,<br>An Oklahoma Limited Liability Company<br>Professional<br>(3) OKLAHOMA SPINE AND BRAIN<br>INSTITUTE, L.L.P., an Oklahoma Limited<br>Liability Partnership;<br>(4) TULSA SPINE AND SPECIALTY<br>HOSPITAL, L.L.C., an Oklahoma Limited<br>Liability Company,<br>(5) BIOMET, INC., an Indiana Corporation<br>(6) BIOMET SPINE, L.L.C., an Indiana<br>Limited Liability Company,<br>(7) BIOMET SPINE, L.L.C., an Oklahoma<br>Foreign Limited Liability Company; and<br>(8) EBI, L.L.C., a New Jersey Limited Liability<br>Corporation,<br><br>　　　　　Defendants. | Case No.  11 CV 619 JED TLW<br><br>**JURY TRIAL DEMANDED**<br>**ATTORNEY LIEN CLAIMED** |

## DEFENDANTS FRANK J. TOMECEK, JR., M.D., FRANK J. TOMECEK, M.D., P.L.C. AND OKLAHOMA SPINE AND BRAIN INSTITUTE, L.L.P.'S
## FINAL WITNESS AND EXHIBIT LIST

### WITNESS LIST

| No. | Witness | Proposed Testimony |
|---|---|---|
| 1. | Dr. Frank Tomecek<br>c/o Richards & Connor<br>525 S. Main St., Suite 1200<br>Tulsa, OK 74103<br>918.585.2394 | Defendant, will have information regarding his evaluation, assessment, diagnosis, communications, care and treatment of Dana Barton's medical condition, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint[1] and any and all issues related thereto |

---

[1] This witness list is filed based upon the proposed Amended Complaint attached to Plaintiff's Application to file same.  We assume filing of the Amended Complaint will be forthcoming, but to date the Amended Complaint has not been filed by Plaintiff.

| | | |
|---|---|---|
| 2. | Dr. Eric Sherburn<br>c/o Richards & Connor<br>525 S. Main St., Suite 1200<br>Tulsa, OK 74103<br>918.585.2394 | Examined Dana Barton and referred her to Dr. Tomecek, will have information regarding his evaluation, assessment, diagnosis, communications, care and treatment of Dana Barton's medical condition, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |
| 3. | Barbara Stewart, CFA, LPN<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | This witness assisted Dr. Tomecek during the surgery he performed on Dana Barton and will have information regarding evaluation, assessment, diagnosis, communications, care and treatment of Dana Barton's medical conditions, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint, and any and all issues related thereto. |
| 4. | Eddy Berry, RN<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | Circulating nurse who will testify to her communications with Dana Barton regarding the specific procedures to be performed and the informed consent process and documentation. |
| 5. | Becky Doty, RN<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | Pre-op nurse who had communications with Dana Barton to go over the specific procedure ordered by Dr. Tomecek and insured Barton understood the nature of the long procedure and had given informed consent |
| 6. | Jane Konkler, RN<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | Nurse who completed the pre-admission paperwork and will testify to the process for same as it relates to the documentation and consent process leading up to the operative procedure |

| | | |
|---|---|---|
| 7. | Cheryl McDonald<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | Will testify to her role in the pre-admission process including, but not limited to, providing Dana Barton with information regarding TSSH being a physician owned facility and other aspects of the process. She will further testify to the documentation she created evidencing that Dana Barton was given this information. |
| 8. | Dr. Linda Anne Hayman<br>c/o Richards & Connor<br>525 S. Main St., Suite 1200<br>Tulsa, OK 74103<br>918.585.2394 | This witness will provide expert testimony regarding the radiological studies, pathology related to same, and any other related issues. |
| 9. | Dr. Peter Angevine<br>c/o Richards & Connor<br>525 S. Main St., Suite 1200<br>Tulsa, OK 74103<br>918.585.2394 | This witness will provide expert testimony regarding standard of care, Dr. Tomecek's surgery and evaluation and care, recommended treatment, diagnosis and any other related issues. |
| 10. | Deborah Wood<br>OSBI Clinic Administrator<br>c/o Richards & Connor<br>525 S. Main St., Suite 1200<br>Tulsa, OK 74103<br>918.585.2394 | This witness may offer information regarding the relationship between the parties, the facts and circumstances surrounding the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |
| 11. | Terry Woodbeck, CEO TSSH<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | This witness will have information about facts and circumstances concerning the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto as well as address various relationships between the parties |
| 12. | Tracey Troxell PT<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | Physical Therapist who assisted in the care and treatment of Dana Barton and will have information about her interpretation of diagnostic testing, the facts and circumstances concerning the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |

| | | |
|---|---|---|
| 13. | Michelle Green PT<br>c/o Karen Callahan<br>Rodolf & Todd<br>401 S. Boston Ave., Ste 2000<br>Tulsa, OK 74102<br>918.295.2100 | Physical Therapist who assisted in the care and treatment of Dana Barton and will have information about her interpretation of diagnostic testing, the facts and circumstances concerning the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |
| 14. | Jacklyn Jones, NP<br>P.O. Box 325<br>Caney, KS  67333 | This witness assisted in the care and treatment of Dana Barton and will have information about her evaluation, assessment, diagnosis, communications, treatment and care of Dana Barton's medical conditions and the facts and circumstances concerning the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |
| 15. | Dr. Robert Osborn<br>P.O. Box 826<br>Independence, KS  67301 | This witness assisted in the care and treatment of Dana Barton and will have information about his evaluation, assessment, diagnosis, communications, treatment and care of Dana Barton's medical conditions and the facts and circumstances concerning the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |
| 16. | Dr. Alan Moskowitz<br>c/o Stoops & LaCourse<br>8801 S Yale, Ste 420<br>Tulsa OK 74137<br>918.744.7100 | This witness assisted in the care and treatment of Dana Barton and will have information about his evaluation, assessment, diagnosis, communications, treatment and care of Dana Barton's medical conditions and the facts and circumstances concerning the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto |
| 17. | Dana Barton<br>c/o Stoops & LaCourse<br>8801 S Yale, Ste 420<br>Tulsa OK 74137<br>918.744.7100 | This witness will have information regarding her injuries, medical condition, care and treatment, communications, facts and circumstances about the allegations contained in her Amended Complaint and any and all issues related thereto |

| | | |
|---|---|---|
| 18. | Jimmye Barton<br>Dana Barton's Mother<br>c/o Stoops & LaCourse<br>8801 S Yale, Ste 420<br>Tulsa OK 74137<br>918.744.7100 | This witness will have information regarding assistance she has provided to Dana Barton, communications with Dana Barton or her providers, care and treatment of Dana Barton's medical conditions, injuries, observations, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto. |
| 19. | Dr. William Fessler<br>3400 E. Frank Phillips Blvd<br>Bartlesville, OK 74006<br>918.331.2424 | Prior treating physician who will have information regarding Dana Barton's back pain, provided care and treatment of Dana Barton's medical conditions, injuries, observations, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto. |
| 20. | Dr. David King<br>222 SE Debell Ave<br>Bartlesville, OK 74006<br>918.331.1040 | Prior treating physician who will have information regarding Dana Barton's back pain, provided care and treatment of Dana Barton's medical conditions, injuries, observations, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto. |
| 21. | Dr. Tracey White<br>c/o Stoops & LaCourse<br>8801 S Yale, Ste 420<br>Tulsa OK 74137<br>918.744.7100 | Treating physician who provided pain management to Dana Barton will also have information regarding care provided, communications with Dana Barton, her medical condition, injuries, observations and any and all issues related thereto. |
| 22. | Dr. Oliver A Cerqueira<br>c/o Jeff Glendening<br>Glendening, McKenna & Prescott<br>10108 E 79th Street<br>Tulsa, OK 74133<br>9148-494-7037 | Prior treating physician who will have information regarding Dana Barton's back pain, provided care and treatment of Dana Barton's medical conditions, injuries, observations, facts and circumstances regarding the allegations contained in Plaintiff's Amended Complaint and any and all issues related thereto. |
| 23. | Daniel Morris, DO<br>c/o Stoops & LaCourse<br>8801 S Yale, Ste 420<br>Tulsa OK 74137<br>918.744.7100 | Treating physician who provided pain management to Dana Barton will also have information regarding care provided, communications with Dana Barton, her medical condition, injuries, observations and any and all issues related thereto. |

| | |
|---|---|
| 24. | All witnesses listed by Plaintiff in their Initial Disclosures and Pretrial Disclosures not objected to by Defendants |

## EXHIBITS

| No. | Document, Exhibit, or Summary of Other Evidence |
|---|---|
| 1. | Medical Records and bills from Oklahoma Spine & Brain Institute and Dr. Tomecek |
| 2. | Medical Records and bills from Tulsa Spine & Specialty Hospital |
| 3. | Medical Records and bills from Dr. Moskowitz |
| 4. | Medical Records and bills from Kansas Surgery and Recovery |
| 5. | Medical Records and bills from Wesley Medical Center and Wichita Surgical Specialists |
| 6. | Medical Records and bills from Kansas Pain Specialists |
| 7. | Medical Records and bills from Jane Phillips Medical Center |
| 8. | Medical Records and bills from Dr. Osborn |
| 9. | Medical Records and bills from Dr. Fessler, Jackie Jones and Janice Shippy |
| 10. | Medical Records and bills from Bartlesville Physical Rehabilitation |
| 11. | Medical Records and bills from Dr. David King |
| 12. | Medical Records and bills from Pain Management of Tulsa |
| 13. | Medical Records and bills from Tulsa Pain Consultants |
| 14. | Medical Records and bills from Coffeyville Regional Medical Center |
| 15. | All pharmacy records and bills from Caney Drug, Sedan Pharmacy, Walgreens, Walmart, Olympia, Med Park Center Rx and The Prescription Shop |
| 16. | All records from Pharmacists Mutual |
| 17. | Medical Records and bills from Cedarville Clinic, Coffeyville Family Practice and Tall Grass Rural Health Clinic |
| 18. | Pain charts and diagrams of Dana Barton |
| 19. | All radiological studies and images including CT, X-rays, myelograms, and MRIs from JPMC, TSSH, OSBI, Kansas Surgery and Recovery Center, Wesley Medical Center, Wichita Radiological Group, Radiological Services, Inc. |
| 20. | Tulsa Spine & Specialty Hospital Bill |
| 21. | Records from Blue Cross Blue Shield of Kansas |
| 22. | Social Security Disability file of Dana Barton |
| 23. | All medical literature relied upon by Defendant's expert to be used pursuant to 12 O.S. 2803(18) |
| 24. | Documents relied upon by Plaintiff's experts not objected to by Defendants |
| 25. | Exhibits from the deposition of Dana Barton |
| 26. | Exhibits from the deposition of Dr. Peter Angevine excluding his Rule 26 Report |
| 27. | Exhibits from the deposition of Ralph Scott |
| 28. | Exhibits from the deposition of Dr. Greg Goldstein |
| 29. | Exhibits from the deposition of Dr. Linda Hayman excluding deposition transcripts and her Rule 26 Report |
| 30. | Exhibits from the deposition of Dr. Gery Hsu |

| 31. | Exhibits from the deposition of Dr. Alan Moskowitz |
| 32. | Exhibits from the deposition of Dr. Michael Murphy |
| 33. | Exhibits from the deposition of Lonnie Huff |
| 34. | All exhibits endorsed by Plaintiff not objected to by Defendants |
| 35. | Models, diagrams of relevant anatomy, illustrations and other demonstrative aids |

Respectfully submitted,

*/s/ Linsey E. Williams*
James W. Connor Jr., OBA #12248
Linsey E. Williams, OBA #22102
RICHARDS & CONNOR
525 S. Main Street, 12th Floor
Tulsa, Oklahoma  74103
Telephone: 918/585.2394
Facsimile: 918/585.1449
***ATTORNEYS FOR FRANK J. TOMECEK, M.D., FRANK J. TOMECEK, M.D., P.L.C. & OKLAHOMA SPINE & BRAIN INSTITUTE, L.L.P.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of its Notice of Electronic Filing was sent to the following ECF registrants:

Fred E. Stoops, Sr., Esq.
Joel A. LaCourse, Esq.
Patrick H. McCord, Esq.
Stoops & LaCourse, PLLC
8801 S. Yale, Suite 420
Tulsa, OK  74137
***ATTORNEYS FOR PLAINTIFF***

*/s/ Linsey E. Williams*
Linsey E. Williams