# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Dana Leigh Barton,

                Plaintiff,

vs.                                     Case Number: 11-CV-619-JED-TLW

Frank J Tomecek, Jr. Et al,

                Defendants.

## MINUTE ORDER

At the direction of John E. Dowdell, U.S. District Judge, the Pretrial Conference is reset as discussed in the telephone conference with the agreement of counsel:

To:

| | | |
|---|---|---|
| Date: | Date: | 8-26-2013 |
| Time: | Time: | 3:00 p.m. |
| Location: | Location: | 4th Floor, Courtroom # 3<br>United States District Court<br>333 West 4th Street<br>Tulsa, Oklahoma |

Phil Lombardi,
Clerk of Court, United States District Court

s/L. Lyles
By: L. Lyles, Deputy Clerk