# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Dana Leigh Barton,

                  Plaintiff,

vs.

Frank J Tomecek, Jr. et al,

                  Defendants.

Case Number: 11-CV-619-JED-TLW
Proceeding: Pretrial Conference
Date: 8-26-2013
Court Time: 2:00 p.m.

### MINUTE SHEET

| John E. Dowdell, U.S. District Judge | L. Lyles, Deputy Clerk | Greg Bloxom, Reporter |

Counsel for Plaintiff: Fred Stoops, Sr., Joel LaCourse

Counsel for Defendants: James Connor, Jr., Linsey Williams, Randy Lewin

Minutes: Case comes on for Pretrial Conference.  Court requests that defendants submit proposed exhibits by 9/9/13.  Final Pretrial Conference set for 9/12/13 at 10:30 a.m.  Final Proposed Pretrial Order and Trial Briefs re: tax impact on any damage award and any additional briefing regarding 63 Okla. Stat. § 1-1708.1D due 9/9/13.  Plaintiff's counsel advises Court that Plaintiff's expert will be in France and requests a Wednesday (9/18/13) start date of trial.  Court takes request under advisement.  ETT: 6 days.

                                              Court Time 2:15-3:00